# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| **Bryan K. Robinson,** | ) | NOTICE OF DEFICIENCY |
| | ) | |
| Petitioner(s), | ) | 3:19-cv-00303-FDW |
| | ) | |
| vs. | ) | |
| | ) | |
| **Scott A. Conkin,** | ) | |
| Respondent(s). | ) | |

This case is deficient in the following respect:

- ✓ You must either file an application to proceed without prepayment of fees and affidavit (form enclosed) or pay the filing fee of $5.00

Plaintiff is DIRECTED to correct the deficiency listed above and return the papers or pay the filing fee within twenty-one (21) days from the filing of this notice. Failure to do so may result in the dismissal of this action without prejudice for failure to prosecute.

July 1, 2019

_____
Frank G. Johns, Clerk
United States District Court